# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**EVEREST INDEMNITY INSURANCE COMPANY,**

        **Plaintiff,**

v.                                        Case No:  19-2620-JAR-ADM

**JAKE'S FIREWORKS, INC.,
HOWARD O. HARPER,**

        **Defendants,**

**MAXUM INDEMNITY COMPANY,
JAMES RIVER INSURANCE COMPANY,**

        **Intervenor Plaintiffs,**

**v.**

**JAKE'S FIREWORKDS, INC.
HOWARD O. HARPER,**

        **Intervenor Defendants,**

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒     Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That pursuant to the Court's Memorandum and Order filed on November 19, 2020 (Doc. 117), that Everest's Motion for Summary Judgment (Doc. 19), Maxum's Motion for Summary

Judgment (Doc. 92), and James River's Motion for Summary Judgment (Doc. 87) are **granted**, and the Court shall enter declaratory judgment that the Everest, Maxum, and James River Policies do not provide liability coverage for Harper's bodily injury claim and lawsuit filed against Jake's in the District Court of Crawford County, Kansas. Jake's Motion for Summary Judgment (Doc. 90) and Harper's Motion for Summary Judgment (Doc. 95) are **denied.**

**IT IS FURTHER ORDERED** that Jake's Motion for Leave to File a Sur-Reply to Plaintiff Everest Indemnity Company's Reply in Support of its Motion for Summary Judgment (Doc. 94) and Jake's Objections to the Magistrate Judge's Order Denying Jake's Motion for Leave to Amend its Currently Pending Amended Answer and Counter-Claim to Plaintiff Everest's Complaint for Declaratory Judgment and Motion for Leave to Amend its Amended Answer and Counter-Claim to Intervenor Plaintiff Maxum Indemnity Company's Complaint for Declaratory Judgment (Doc. 100) are **denied as moot.**

11/19/2020 _____  
    Date

TIMOTHY M. O'BRIEN  
CLERK OF THE DISTRICT COURT

by: \_s/Bonnie Wiest_____  
    Deputy Clerk